UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER LADETTO,                          )
                    Petitioner,         )
                                        )
        v.                              )        C .A. No. 04-11656-RCL
                                        )
TIMOTHY HALL,                           )
                    Respondent.         )

ORDER

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is

hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the

same, certified mail, to the Respondent AND the Attorney General for the Commonwealth of

Massachusetts, Attention:  Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place,

Boston, MA  02108.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an

answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests the Respondent, as part of the return, to file such documents which

reflect on the issue as to whether Petitioner exhausted available state remedies with respect to the

matters raised by the Petition.

Dated at Boston, Massachusetts, this 10th day of August, 2004.


                                        /s/ Reginald C. Lindsay
                                        REGINALD C. LINDSAY
                                        UNITED STATES DISTRICT JUDGE