UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER LADETTO,<br>    Petitioner,<br><br>v.<br><br>TIMOTHY HALL,<br>    Respondent. | )<br>)<br>)<br>)<br>)    Civil Action No. 04-11656-RCL<br>)<br>)<br>)<br>) |

**NOTICE OF APPREARANCE**

Undersigned counsel hereby enters his appearance on behalf of Timothy Hall, respondent in the above-titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated: August 19, 2004