UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
PETER LADETTO,                               )
    Petitioner,                              )
                                             )
v.                                           )   Civil Action No. 04-11656-RCL
                                             )
TIMOTHY HALL,                                )
    Respondent.                              )
                                             )

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING TO PETITION FOR HABEAS CORPUS**

Respondent, through counsel, respectfully requests that this Court enlarge the time to file an answer or other responsive pleading and to extend the deadline to file such a pleading to October 2, 2004. In support thereof, respondent states that:

1. Pursuant to this Court's order of August 10, 2004, an answer or responsive pleading is due on September 2, 2004.

2. That order also requires respondent to obtain documents reflecting whether petitioner has exhausted available state remedies.

3. Respondent has requested, but not yet received, the relevant documents.

4. Respondent therefore requires a brief additional period in which to obtain these documents and prepare an appropriate responsive pleading.

5. Respondent has not requested any other extensions of time in this matter.

6. Undersigned counsel has conferred with counsel for petitioner, and petitioner assents to the motion.

For these reasons, respondent respectfully requests that this motion be allowed, and that time to file a responsive pleading be extended to October 2, 2004.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: August 19, 2004