UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PETER LADETTO,                      )
       Petitioner,                  )
                                    )
v.                                  )     Civil Action No. 04-11656-RCL
                                    )
TIMOTHY HALL,                       )
       Respondent.                  )
_____)

**ASSENTED-TO MOTION FOR FURTHER ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING TO PETITION FOR HABEAS CORPUS**

Respondent, through counsel, respectfully requests that this Court enlarge the time to file an answer or other responsive pleading and to extend the deadline to file such a pleading to November 1, 2004. In support thereof, respondent states that:

1. Pursuant to this Court's order of August 10, 2004, an answer or responsive pleading was originally due on September 2, 2004.

2. On August 19, 2004, respondent moved to enlarge the time to file a responsive pleading thirty days to obtain the state court record (Paper No. 5), and that motion was allowed the same day.

3. Respondent received the state court record on September 29.

4. The record shows that the conviction at issue here was entered in 1964, and has been the subject of what the Massachusetts Supreme Judicial Court described as "convoluted" post-conviction proceedings at various times since.

5. While the claim in the petition does appear to be exhausted, respondent requires additional time to evaluate the availability of other threshold defenses related to timeliness of the petition, retroactivity, and whether the denial of the petition rests on adequate and independent state grounds, including procedural default.

6. Respondent therefore requires a brief additional period in which to prepare an appropriate responsive pleading or dispositive motion.

7. Respondent has requested one prior, thirty-day extension of this deadline.

8. Undersigned counsel has conferred with counsel for petitioner, and petitioner assents to the motion.

For these reasons, respondent respectfully requests that this motion be allowed, and that time to file a responsive pleading be extended to November 1, 2004.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: October 1, 2004