UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER LADETTO,<br>    Petitioner,<br><br>v.<br><br>TIMOTHY HALL,<br>    Respondent. | Civil Action No. 04-11656-RCL |

**RESPONDENT'S MOTION TO DISMISS**

Respondent Timothy Hall moves that this petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(d)(1), because it was filed almost thirty-nine years after the conviction it challenges became final.

For this reason, and for the reasons set forth in the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss, respondent respectfully requests that this petition be dismissed with prejudice.

                                                      Respectfully submitted,

                                                      THOMAS F. REILLY
                                                      ATTORNEY GENERAL

                                                       /s/ David M. Lieber
                                                       David M. Lieber (BBO# 653841)
                                                       Assistant Attorney General
                                                       Criminal Bureau
                                                       One Ashburton Place
                                                       Boston, Massachusetts  02108
                                                       (617) 727-2200 ext.2827

                                                       ATTORNEYS FOR RESPONDENT

Dated: November 1, 2004

**Local Rule 7.1(A)(2) Certification**

      Above-signed counsel certifies that he has attempted to telephone counsel for Petitioner in order to confer prior to filing this motion, but was unable to reach counsel. Counsel further certifies that he does not believe that petitioner would consent to the motion, since it requests the substantive, prejudicial dismissal of his petition.