**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER LADETTO, )<br>    Petitioner )<br>    )<br>v. )<br>    )<br>TIMOTHY HALL, )<br>    Respondent ) | Civil Action No. 04-11656-RCL |

**NOTICE OF APPEAL**

The petitioner Peter Ladetto hereby notes his appeal to the United States Court of Appeals for the First Circuit from the order of the District Court entered on or about April 11, 2005 dismissing his habeas corpus petition.

                                        Respectfully submitted,
                                        By his attorney,

                                        /s/ Robert L. Sheketoff
                                        Robert L. Sheketoff
                                        BBO #457340
                                        SHEKETOFF & HOMAN
                                        One McKinley Square
                                        Boston, MA 02109
                                        (617) 367-3449