UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER LADETTO,          )<br>         Petitioner    )<br>                              )<br>v.                               )<br>                              )<br>TIMOTHY HALL,         )<br>         Respondent  ) | Civil Action No. 04-11656-RCL |

## MOTION FOR CERTIFICATE OF APPEALABILITY

Now comes the petitioner Peter Ladetto and respectfully moves this Honorable Court to issue a certificate of appealability pursuant to 28 U.S.C. §2253(c) and Fed.R.App.P. 22(b) for the following issue. *See Grant-Chase v. Commissioner,* 145 F.3d 431 (1st Cir.), *cert. denied,* 525 U.S. 941 (1998).

1. Did the statute of limitations expire before the habeas corpus petition at issue here was filed in this Court and/or is the petition subject to dismissal in any event because of an unexhausted claim?

A certificate of appealability is appropriate if the petitioner can show that the issues are debatable among jurists of reason, that a court could resolve the issues differently, or that the questions are adequate to deserve encouragement to proceed further. *See Mahdi v. Marshall,* 976 F.Supp. 93, 94 (D.Mass. 1997). The petitioner asserts that he meets this standard.

In support of his motion, the petitioner relies on his previously filed pleadings and memoranda, incorporated herein by reference.

1

        Respectfully submitted,
        By his attorney,


<u>/s/ Robert L. Sheketoff</u>
Robert L. Sheketoff
BBO #457340
SHEKETOFF & HOMAN
One McKinley Square
Boston, MA 02109
(617) 367-3449