UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PETER LADETTO**

V.                      **CIVIL ACTION NO. 04-11656-RCL**

**TIMOTHY HALL**

## JUDGMENT OF DISMISSAL

LINDSAY, D.J.

     In accordance with the Court's Order of April 11, 2005 allowing the motion to dismiss of the defendant, Judgment is hereby entered as follows: Judgment for the defendant Timothy Hall dismissing this action.

April 26, 2005                                      /s/ Lisa M. Hourihan
                                                              Deputy Clerk