*04-11656*
*USDC/MA*
*Lindsay J*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1556

PETER LADETTO,

Petitioner, Appellant,

v.

TIMOTHY HALL,

Respondent, Appellee.

Before

Selya, Lynch and Howard,
Circuit Judges.

**JUDGMENT**

Entered:  May 23, 2006

After careful review of the record and petitioner's memorandum in support of his application for a certificate of appealability, we deny the application because petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), essentially for the reasons given in the district court's memorandum and order dated November 1, 2005.  We add only the following.

In order to obtain federal habeas relief, petitioner would need to show that the state court's disposition of his jury instruction claims was contrary to, or involved an unreasonable application of, clearly established federal law.  See 28 U.S.C. § 2254(d)(1).  No reasonable jurist would conclude that petitioner can make this showing.  Even assuming that reasonable jurists would find the district court's procedural rulings debatable, such jurists would not find that any of the claimed errors in the jury instructions, taken individually or cumulatively, led to an unfair trial.  See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000) (noting that, when habeas petition has been denied on procedural ground, certificate of appealability may be granted only if reasonable jurists could debate whether procedural ruling was correct and whether petition stated valid constitutional claim).

The appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:_____
        Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 6/13/06

[cc:    Robert L. Sheketoff, Esq., David Mark Lieber, AAG]